UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DARNELL WESLEY MOON, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:11-cv-217-JMS-WGH |
| FEDERAL BUREAU OF PRISONS, et al., | ) ) | |
| Defendants. | ) ) | |

# E N T R Y

Plaintiff Moon sought and was granted leave to proceed *in forma pauperis.* The court properly calculated the initial partial filing fee which is to be paid. Through his renewed request to proceed *in forma pauperis*, he seeks to be relieved from the obligation to pay the initial partial filing fee, but cites no error in the prior computation or order. Moon's renewed request to proceed *in forma pauperis* [6] is therefore **denied**. *See Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . .").

**IT IS SO ORDERED.**

Date: 09/15/2011

*[Signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Darnell Wesley Moon
34077-044
Terre Haute U.S.P
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808